**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| **GOLDEN GATE COMMUNICATIONS, LLC,** | § § § | |
| **Plaintiff,** | § § | |
| **v.** | § § | **Civil Action No. 4:23-CV-063-SDJ** |
| **ALLIOS, INC.,** | § § § | |
| **Defendant.** | § | |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO
VOLUNTARILY DISMISS WITHOUT PREJUDICE**

Pending before the Court is the Motion to Voluntarily Dismiss Without Prejudice (the "Motion") filed by Plaintiff Golden Gate Communications, LLC ("Plaintiff").   Having considered the Motion, the Court finds that the Motion should be and hereby is GRANTED in its entirety.

IT IS THEREFORE ORDERED that the Motion is GRANTED and that the above-numbered and -styled action is dismissed without prejudice.