UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| GOLDEN GATE COMMUNICATIONS, LLC | § § § | |
| v. | § | CIVIL NO. 4:23-CV-063-SDJ |
| ALLIOS, INC. | § § § | |

## ORDER

Before the Court is Plaintiff's Motion to Voluntarily Dismiss Without Prejudice, (Dkt. #16). Having considered the motion, the Court concludes that it should be granted.

It is therefore **ORDERED** that the Motion is **GRANTED.**

It is further **ORDERED** that the above-captioned matter is **DISMISSED WITHOUT PREJUDICE**. Each party will bear its own attorneys' fees and costs.

The Clerk is directed to close this civil action.

**So ORDERED and SIGNED this 25th day of April, 2023.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE